PROB 12C
(6/16)

Report Date: June 20, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kimberlee S. Kyles | Case Number: 0980 2:22CR00133-TOR-14 |
| Address of Offender: ███████████ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 27, 2024 | |
| Original Offense: Unlawful Access to Stored Communications, 18 U.S.C. § 2701(a)(1), (b)(2)(A) | |
| Original Sentence: Probation - 24 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: March 27, 2024 |
| Defense Attorney: Joel Anand Baumann | Date Supervision Expires: March 26, 2026 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/13/2024 and 01/13/2025

On April 1, 2024, Ms. Kimberlee Kyles signed her conditions relative to case number 2:22CR00133-TOR-14, indicating she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Ms. Kyles is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office as directed on June 16 and 17, 2025. |
| | Specifically, on June 16, 2025, Ms. Kyles was sent a text message and left a voice mail on her cell phone, directing her to report to the U.S. Probation Office on the day in question for random urinalysis testing. Ms. Kyles failed to report as directed, and no response was received with respect to those messages left. |
| | On June 17, 2025, a U.S. probation officer attempted unscheduled home contact with Ms. Kyles at her address of record. Ms. Kyles failed to respond to both the officer's knocking and his use of her doorbell, after which the officer left a business card in her doorjamb directing her to report to the U.S. Probation Office on the day in question. Mr. Kyles again failed to report as required. |

Prob12C
**Re: Kyles, Kimberlee S**
**June 20, 2025**
**Page 2**

On June 18, 2025, at 9:24 a.m., the undersigned officer attempted unscheduled home contact with Ms. Kyles at her address of record, and observed that the business card left in her doorjamb on June 17, 2025, remained undisturbed. Ms. Kyles again failed to respond to the undersigned officer's knocking on her door. The undersigned officer then attempted to contact Ms. Kyles on her cell phone number of record, and received an automated message indicating that the number was no longer in service.

Ms. Kyles has since failed to contact the U.S. Probation Office and as a result her current whereabouts and circumstances are unknown to the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

June 23, 2025
Date